UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| HOLLI TELFORD personally and as assignee of the claims of Brenda Burton,<br><br>              Plaintiff,<br><br>   vs.<br><br>RON A. BRADEEN, BRADEEN REAL ESTATE, JEFF STORM, JIM BULTSMA, JIM ASHMORE, SOUTHERN HILLS TITLE COMPANY, MORNINGSIDE PROPERTIES LLP, HEARTLAND REAL ESTATE, VERYLIS R. BOYD, WARNER C. BOYD, FALL RIVER COUNTY SHERIFF ROBERT EVANS and SA DANE RASMUSSEN, in their official capacities,<br><br>              Defendants. | CIV. 17-5042-JLV<br><br><br><br>ORDER |

Plaintiff Holli Telford, appearing *pro se*, filed motions for permission to submit electronic filings in the Case Management/Electronic Case Filing ("CM/ECF") system.  (Dockets 6 & 7).

Pursuant to this court's local rules, "[d]ocuments filed by . . . *pro se* parties are filed by delivering the original to the clerk within 14 days after service on the opposing party or parties."  D.S.D. Civ. LR 5.1(B)(2)(b).  Plaintiff's motions request the court make an exception for her in this case.

In plaintiff's motion she cites a case where she is a plaintiff and received permission to file in CM/ECF from The Honorable Roberto A. Lange in the Central Division of the United States District Court for the District of South

Dakota.  (Docket 7 at p. 1) (citing Telford v. Department of Housing and Urban Development, et al., CIV. 16-3033).

In reviewing plaintiff's filing activity in her Central Division case, the court finds plaintiff's filing practice was abusive of the judicial process. Plaintiff filed briefs violating the local rule on the length of briefs, D.S.D. Civ. LR 7.1(B)(1).  See CIV. 16-3033 Dockets 111, 137 & 144.  Plaintiff consistently filed attachments violating the local requirement that attachments are "only those excerpts of [a] referenced document that are *directly germane* to the matter under consideration by the court."  D.S.D. Civ. LR 7.1(B)(2) (emphasis added); see, e.g., CIV. 16-3033 Dockets 66-1, 74-3, 127-3 & 143-1.  Based on plaintiff's disregard for the local rules in CIV. 16-3033, the court denies her motions to file in CM/ECF for this case.  The court emphasizes to plaintiff that justice in this case requires her to understand and follow the local rules.

Accordingly, it is

ORDERED that plaintiff's motions for permission to file in CM/ECF (Dockets 6 & 7) are denied.

Dated June 2, 2017.

BY THE COURT:

/s/ *Jeffrey L. Viken*

JEFFREY L. VIKEN
CHIEF JUDGE

2