UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| HOLLI TELFORD personally and as assignee of the claims of Brenda Burton,<br><br>    Plaintiff,<br><br> vs.<br><br>RON A. BRADEEN, BRADEEN REAL ESTATE, JEFF STORM, JIM BULTSMA, JIM ASHMORE, SOUTHERN HILLS TITLE COMPANY, MORNINGSIDE PROPERTIES LLP, HEARTLAND REAL ESTATE, VERYLIS R. BOYD, WARNER C. BOYD, FALL RIVER COUNTY SHERIFF ROBERT EVANS and SA DANE RASMUSSEN, in their official capacities,<br><br>    Defendants. | CIV. 17-5042-JLV<br><br><br><br>ORDER |

  Earlier in this case plaintiff Holli Telford, appearing *pro se*, filed motions for permission to submit electronic filings in the Case Management/Electronic Case Filing ("CM/ECF") system. (Dockets 6 & 7). The court denied those motions. (Docket 10). Plaintiff then filed a motion for reconsideration of the court's order denying plaintiff permission to file in CM/ECF. (Docket 12). Aside from CM/ECF filing privileges, plaintiff's reconsideration motion explains her interest in receiving electronic notice of filings in connection with this case. Id.  No good cause appearing for reconsideration, it is

  ORDERED that plaintiff's motion for reconsideration (Docket 12) is denied.

IT IS FURTHER ORDERED that although the court denies plaintiff permission in this case to submit electronic filings in CM/ECF, plaintiff shall receive electronic notice of filings in connection with the case.

Dated June 14, 2017.

                BY THE COURT:

                /s/ *Jeffrey L. Viken*
                JEFFREY L. VIKEN
                CHIEF JUDGE