UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| HOLLI TELFORD personally and as assignee of the claims of Brenda Burton,<br><br>    Plaintiff,<br><br> vs.<br><br>RON A. BRADEEN, BRADEEN REAL ESTATE, JEFF STORM, JIM BULTSMA, JIM ASHMORE, SOUTHERN HILLS TITLE COMPANY, MORNINGSIDE PROPERTIES LLP, HEARTLAND REAL ESTATE, VERYLIS R. BOYD, WARNER C. BOYD, FALL RIVER COUNTY SHERIFF ROBERT EVANS and SA DANE RASMUSSEN, in their official capacities,<br><br>    Defendants. | CIV. 17-5042-JLV<br><br><br><br>ORDER |

Plaintiff Holli Telford, appearing *pro se*, submitted a filing requesting to amend her opposition to two motions to dismiss. (Docket 45). Plaintiff already amended her opposition to one of the motions to dismiss. (Docket 32). In her latest motion to amend, plaintiff requests leave to amend her oppositions to include facts stated in her motion. (Docket 45). The court does not grant plaintiff leave to file amended oppositions, but the court will review the facts alleged in plaintiff's latest filing and assess their relevance. At this stage, the court has sufficient filings before it for resolution of the pending motions. Accordingly, it is

ORDERED that plaintiff's motion to amend her oppositions (Docket 45) is granted in part and denied in part. Plaintiff shall not file amended oppositions. The court will determine whether the facts set forth in her motion are relevant and consider them accordingly.

Dated January 17, 2018.

                BY THE COURT:

                /s/ *Jeffrey L. Viken*
                JEFFREY L. VIKEN
                CHIEF JUDGE