```
                          Filed for Record - Fall River County
                          Filed On      5/24/2017    3:50 PM
                          Document#    R 055609    Type: DEED-WAR

Prepared By:              BOOK   142   of DEEDS
Gerald M. Baldwin         PAGE         935 through    936 #ofPages
Attorney at Law           Melody Engebretson, Register of Deeds
Box 31                    Fee $              30.00    CK.
Custer, SD  57730
605-673-3331              Transfer Fee $      2.50
                                                      Key#   87461
```

055609


Transfer Fee Paid $ 2.50

## WARRANTY DEED

MORNINGSIDE PROPERTIES, LLP, a South Dakota Limited Liability Partnership, of PO Box 1108, Mitchell, SD 57301, GRANTOR for and in consideration of One Dollar and other valuable consideration GRANTS, CONVEYS, and WARRANTS to HOLLIE TELFORD and BRENDA BURTON, as joint tenants with right of survivorship and not as tenants in common, of 229 N. Pine St., Gordon, NE 69343, GRANTEES, the following described real estate in the County of Fall River and the State of South Dakota:

Lots 3, 4, 5, and 6 in Block 63, Town of Oelrichs, Fall River County, South Dakota.

INCLUDING:

A. All oil, gas and mineral estate held by Grantor.
B. Any interest in rights-of-way or easements reserved or established on other properties, providing access to the demised premises.

SUBJECT TO THE FOLLOWING:

A. Exceptions and reservations contained in the United States Patent and all prior valid exceptions and reservations of oil, gas and minerals.
B. Highway and public utility rights-of-way and easements as described, platted, or established by prescription.
C. Covenants, restrictions and reservations of record, if any, providing that the same are not violated by the existing improvements or the use thereof.

D. Any zoning, building or land use regulations, of whatever nature or kind, of any governmental body, law or statute, or violations thereof, that may be applicable to or affecting the real premises herein being sold.
E. Current taxes not delinquent.

Transfer Fee
$2.50

Dated this 6th day of December, 2016.

GRANTOR: MORNINGSIDE PROPERTIES, LLP

By: VERYLIS R. BOYD
Its: Partner

By: WARNER C. BOYD
Its: Partner

STATE OF SOUTH DAKOTA ) 
                      ) SS
IN THE COUNTY OF Davison )

On this the 6th day of December, 2016, before me, the undersigned officer, personally appeared VERYLIS R. BOYD and WARNER C. BOYD, who acknowledged themselves to be partners of MORNINGSIDE PROPERTIES, LLP, a South Dakota Limited Liability Partnership, and that they, as such partners, being authorized so to do, executed the foregoing instrument for the purposes therein contained, by signing the name of the partnership by themselves as partners.

IN WITNESS WHEREOF I hereunto set my hand and official seal.

Notary Public,

My commission expires: 10-21-16

(SEAL)

936