# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

January 07, 2019

Ms. Hollie Telford
P.O. Box 105
Hot Springs, SD  57747

     RE:  19-1037  Hollie Telford v. Ron A. Bradeen, et al

Dear Ms. Telford:

     The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

     Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

     We note there is a motion for leave to proceed in forma pauperis on appeal pending with the district court.  Once we receive a ruling on the pending motion from the district court, this appeal will proceed.

     On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

     Please note that service by pro se parties is governed by Eighth Circuit Rule 25B.

If you have any questions about the procedures for the case, please contact our office.

    Michael E. Gans
    Clerk of Court

CYZ

Attachments

cc:    Mr. Gregory J. Bernard
    Mr. Gregory J. Erlandson
    Mr. Michael L. Luce
    Mr. Mitchell William O'Hara
    Mr. Matthew W. Thelen
    Mr. Gregory H. Wheeler

    District Court/Agency Case Number(s):   5:17-cv-05042-JLV

**Caption For Case Number:   19-1037**

Hollie Telford, personally and as assignee of the claims of Brenda Burton

        Plaintiff - Appellant

v.

Ron A. Bradeen; Bradeen Real Estate; Jeff Storm; Jim Bultsma; Jim Ashmore; Southern Hills Title Company; Morningside Properties, LLP; Heartland Real Estate; Verylis R. Boyd; Warner C. Boyd; Fall River County Sheriff Robert Evans; SA Dane Rasmussen, in their official capacities

        Defendants - Appellees

**Addresses For Case Participants:   19-1037**

Ms. Hollie Telford
P.O. Box 105
Hot Springs, SD  57747

Mr. Gregory J. Bernard
THOMAS & BRAUN
Suite 1
4200 Beach Drive
Rapid City, SD  57702

Mr. Gregory J. Erlandson
BANGS & MCCULLEN
333 West Boulevard
P.O. Box 2670
Rapid City, SD  57709-0000

Mr. Michael L. Luce
LYNN & JACKSON
110 N. Minnesota Avenue
P. O. Box 2700
Sioux Falls, SD  57101-2700

Mr. Mitchell William O'Hara
BOYCE LAW FIRM, L.L.P.
300 S. Main Avenue
P.O. Box 5015
Sioux Falls, SD  57117-5015

Mr. Matthew W. Thelen
U.S. DISTRICT COURT
District of South Dakota
302 U.S. Courthouse
Rapid City, SD  57701

Mr. Gregory H. Wheeler
BOYCE LAW FIRM, L.L.P.
300 S. Main Avenue
P.O. Box 5015
Sioux Falls, SD  57117-5015

19-1037  Hollie Telford v. Ron A. Bradeen, et al

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 01/07/2019

**Case Name:** Hollie Telford v. Ron A. Bradeen, et al
**Case Number:** 19-1037

**Docket Text:**
Civil case docketed. [4742884] [19-1037]

**The following document(s) are associated with this transaction:**
Document Description: Notice of Appeal Docketing Letter

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Mr. Gregory J. Bernard: gbernard@tb3law.com, lhodgin@tb3law.com,abelitz@tb3law.com,lbenson@tb3law.com
Mr. Gregory J. Erlandson: gerlandson@bangsmccullen.com
Mr. Michael L. Luce: mluce@lynnjackson.com, mschmitt@lynnjackson.com
Mr. Mitchell William O'Hara: mwohara@boycelaw.com, tajohnson@boycelaw.com
Ms. Hollie Telford: hollietelford.1@gmail.com
Mr. Matthew W. Thelen: coadocs@sdd.uscourts.gov
Mr. Gregory H. Wheeler: ghwheeler@boycelaw.com, akmcdowell@boycelaw.com