| | |
|---|---|
| **From:** | holli lundahl <hollilundahl@gmail.com> |
| **Sent:** | Tuesday, March 19, 2019 7:56 PM |
| **To:** | Gregory Buzzard |
| **Subject:** | Re: Telford v. Bradeen et al. 17-5042 |

Absolutely I disagree. with any evidentiary hearing being conducted. I will not participate in any evidentiary hearing as indicated in my motion to recall the remand order that I filed before the 8th circuit court on February 26, 2019. **Evidentiary hearings are kangaroo courts**. Especially before judges like Judge Viken who thinks nothing about engaging in multiple acts of misprision of felonies committed on a regular basis by attorneys appearing before his bar. I expect full blown criminal procedures with a jury trial to be employed like I demanded in my motion to recall the mandate in the appeal. I also expect that during the criminal prosecution, defense counsel and their clients be indicted for more than 14 acts of wire fraud committed during the prosecution of the underlying case. I WILL NOT PARTICIPATE IN ANY KANGAROO COURT PROCEEDING ESPECIALLY BEFORE JUDGE VIKEN WHO IN MY OPINION BELONGS IN JAIL

On Tue, Mar 19, 2019 at 3:41 PM Gregory Buzzard <Greg_Buzzard@sdd.uscourts.gov> wrote:

Good afternoon all,

One of the clerks informed me Ms. Telford has communicated with her over email at the address hollilundahl@gmail.com. I've copied this address here to ensure Ms. Telford receives these emails.

Ms. Telford, please let us know if you disagree with the consensus that the court should schedule an evidentiary hearing for at least two hours.

Gregory T. Buzzard

Term Law Clerk

Chief Judge Jeffrey L. Viken

United States District Court

District of South Dakota

515 9th Street, Room 318

Rapid City, SD 57701

Office: 605-399-6054

Cell: 660-624-2521

greg_buzzard@sdd.uscourts.gov

**From:** Greg Bernard <gbernard@tb3law.com>
**Sent:** Monday, March 18, 2019 3:11 PM
**To:** Gregory H. Wheeler <ghwheeler@boycelaw.com>; Michael L. Luce <MLuce@lynnjackson.com>; Greg Erlandson <gerlandson@bangsmccullen.com>
**Cc:** Gregory Buzzard <Greg_Buzzard@sdd.uscourts.gov>; hollietelford.1@gmail.com; Mitchell W. O'Hara <mwohara@boycelaw.com>; Sheila Belden <Sheila_Belden@sdd.uscourts.gov>; Kenneth Dewell <Ken_Dewell@sdd.uscourts.gov>
**Subject:** RE: Telford v. Bradeen et al. 17-5042

Probably two hours will do, but that may depend in if and how many witnesses get called.

gjb

Gregory J. Bernard

Thomas Braun Bernard & Burke LLP

4200 Beach Drive, Suite 1

Rapid City, SD 57702

Phone: 605-348-7516

Fax: 605-348-5852

Email: gbernard@tb3law.com

The information contained in this e-mail message and any attachments thereto may be privileged and confidential information intended only for the use of the intended recipient and protected by the attorney-client privilege, the work product doctrine, or the Electronic Communication Privacy Act, 18 U.S.C. 2510-2521, 2701-2712. If the reader of the e-mail message is not the intended recipient or the employee or agent responsible for delivery of it to the intended recipient, you are hereby on notice that you are in possession of confidential and/or privileged information and that any dissemination, distribution or copying of this e-mail and any attachments thereto is strictly prohibited. If you have received this e-mail in error, please notify me by replying to this message and permanently delete the original and any copy, including written (printed) copies of this e-mail and any attachments thereto.

**From:** Gregory H. Wheeler <ghwheeler@boycelaw.com>
**Sent:** Monday, March 18, 2019 1:40 PM
**To:** Michael L. Luce <MLuce@lynnjackson.com>; Greg Erlandson <gerlandson@bangsmccullen.com>
**Cc:** Gregory Buzzard <Greg_Buzzard@sdd.uscourts.gov>; hollietelford.1@gmail.com; Greg Bernard <gbernard@tb3law.com>; Mitchell W. O'Hara <mwohara@boycelaw.com>; Sheila Belden <Sheila_Belden@sdd.uscourts.gov>; Kenneth Dewell <Ken_Dewell@sdd.uscourts.gov>
**Subject:** RE: Telford v. Bradeen et al. 17-5042

So do I. Thanks.

Greg

Gregory H. Wheeler



300 S. Main Ave.

Sioux Falls, SD 57104

Phone: (605) 336-2424 or (605) 731-0206

Fax: (605) 334-0618

**NOTICE:** The information contained in this message is intended to be confidential and is protected by the attorney-client privilege and work product doctrine. If you are not the intended recipient, or believe that you have received this communication in error, please do not read, print, copy, retransmit, disseminate, or otherwise use the information contained in this communication. Also, please notify the sender that you have received this communication in error and delete the copy you received. Thank you.

**From:** Michael L. Luce <MLuce@lynnjackson.com>
**Sent:** Monday, March 18, 2019 2:35 PM
**To:** Greg Erlandson <gerlandson@bangsmccullen.com>
**Cc:** Gregory Buzzard <Greg_Buzzard@sdd.uscourts.gov>; hollietelford.1@gmail.com; gbernard@tb3law.com; Gregory H. Wheeler <ghwheeler@boycelaw.com>; Mitchell W. O'Hara <mwohara@boycelaw.com>; Sheila Belden <Sheila_Belden@sdd.uscourts.gov>; Kenneth Dewell <Ken_Dewell@sdd.uscourts.gov>
**Subject:** Re: Telford v. Bradeen et al. 17-5042

I would concur with Greg's estimate.

Sent from my iPhone

On Mar 18, 2019, at 1:52 PM, Greg Erlandson <gerlandson@bangsmccullen.com> wrote:

Greg,

I would think no more than an hour or, at most, two.

Greg

---

**From:** Gregory Buzzard <Greg_Buzzard@sdd.uscourts.gov>
**Sent:** Monday, March 18, 2019 10:36 AM
**To:** hollietelford.1@gmail.com; gbernard@tb3law.com; Greg Erlandson <gerlandson@bangsmccullen.com>; ghwheeler@boycelaw.com; mwohara@boycelaw.com; Michael L. Luce <MLuce@lynnjackson.com>
**Cc:** Sheila Belden <Sheila_Belden@sdd.uscourts.gov>; Kenneth Dewell <Ken_Dewell@sdd.uscourts.gov>
**Subject:** Telford v. Bradeen et al. 17-5042

Good morning all,

As you know, the Eighth Circuit remanded this case for Judge Viken to conduct an evidentiary hearing to determine the date Ms. Telford's notice of appeal was filed. Docket 140. Please let me know your estimates of how long the court should set aside for the hearing. Once we have an idea of how long the hearing will take, I will be back in touch with you with possible hearing dates.

Thanks for your professional attention to this matter.

Gregory T. Buzzard

Term Law Clerk

Chief Judge Jeffrey L. Viken

United States District Court

4

District of South Dakota

515 9th Street, Room 318

Rapid City, SD 57701

Office:  605-399-6054

Cell:  660-624-2521

greg_buzzard@sdd.uscourts.gov