# Gregory Buzzard

| | |
|---|---|
| From: | holli lundahl <hollilundahl@gmail.com> |
| Sent: | Friday, March 22, 2019 8:52 AM |
| To: | Gregory Buzzard |
| Subject: | Re: Telford v. Bradeen et al. 17-5042 |

Also, I note in your email that the attorneys will be presenting evidence. The attorneys have no personal knowledge of my filing a notice of appeal and sending in a copy of my original scanned notice of appeal, when the clerks office intentionally lost the original notice of appeal. Having no personal knowledge concerning the matter at bar, they are not competent witnesses.

On Tue, Mar 19, 2019 at 3:41 PM Gregory Buzzard <Greg_Buzzard@sdd.uscourts.gov> wrote:

> Good afternoon all,
>
> One of the clerks informed me Ms. Telford has communicated with her over email at the address hollilundahl@gmail.com. I've copied this address here to ensure Ms. Telford receives these emails.
>
> Ms. Telford, please let us know if you disagree with the consensus that the court should schedule an evidentiary hearing for at least two hours.
>
> Gregory T. Buzzard
>
> Term Law Clerk
>
> Chief Judge Jeffrey L. Viken
>
> United States District Court
>
> District of South Dakota
>
> 515 9th Street, Room 318
>
> Rapid City, SD 57701
>
> Office: 605-399-6054
>
> Cell: 660-624-2521

# Gregory Buzzard

**From:** holli lundahl <hollilundahl@gmail.com>
**Sent:** Friday, March 22, 2019 8:52 AM
**To:** Gregory Buzzard
**Subject:** Re: Telford v. Bradeen et al. 17-5042

I WILL NOT BE APPEARING. MY CONTENTIONS ARE CLEAR. I DO NOT INTEND ON PARTICIPATING KANGAROO COURT PROCEEDINGS WITH A JUDGE AND CLERICAL STAFF THAT COVERS UP CRIMES COMMITTED BY ATTORNEYS AND THEIR CLIENTS ON A REGULAR BASIS. I WILL NOT BE APPEARING.

On Tue, Mar 19, 2019 at 3:41 PM Gregory Buzzard <Greg_Buzzard@sdd.uscourts.gov> wrote:

Good afternoon all,

One of the clerks informed me Ms. Telford has communicated with her over email at the address hollilundahl@gmail.com. I've copied this address here to ensure Ms. Telford receives these emails.

Ms. Telford, please let us know if you disagree with the consensus that the court should schedule an evidentiary hearing for at least two hours.

Gregory T. Buzzard

Term Law Clerk

Chief Judge Jeffrey L. Viken

United States District Court

District of South Dakota

515 9th Street, Room 318

Rapid City, SD 57701

Office: 605-399-6054

Cell: 660-624-2521