UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| HOLLI TELFORD personally and as assignee of the claims of Brenda Burton,<br><br>Plaintiffs,<br><br>vs.<br><br>RON A. BRADEEN, BRADEEN REAL ESTATE, JEFF STORM, JIM BULTSMA, JIM ASHMORE, SOUTHERN HILLS TITLE COMPANY, MORNINGSIDE PROPERTIES LLP, HEARTLAND REAL ESTATE, VERYLIS R. BOYD, WARNER C. BOYD, FALL RIVER COUNTY SHERIFF ROBERT EVANS and SA DANE RASMUSSEN, in their official capacities,<br><br>Defendants. | Civ. 17-5042<br><br><br>**MOTION TO INSPECT DOCUMENT IN POSSESSION OF THE CLERK OF COURTS** |

MOTION

Bradeen Defendants, through undersigned counsel, hereby request that counsel for

Defendants and the document examination expert hired by them be permitted access to examine

the "Notice of Appeal" received by the Clerk from Plaintiff on December 20, 2018, and kept in

the possession of the Clerk.

DISCUSSION

Attached as Exhibit 1 to this Motion is the Affidavit of Gregory J. Bernard ("Bernard

Affidavit") filed with the Eight Circuit Court of Appeals in support of Bradeen Defendants'

Motion to Dismiss Appeal. On December 20, 2018 the Clerk's office received what purported to

be a copy-stamped copy of a Notice of Appeal which Plaintiff claims was timely delivered to the

1

Clerk for filing. *See Exhibit 3 attached to Bernard Affidavit.* On December 20, 2018 the Clerk's Notice of Electronic Filing stated that the physical version of the purported Notice of Appeal was retained by the Clerk. *See Exhibit 2 attached to Bernard Affidavit.* At the direction of the Eighth Circuit Court of Appeals, this Court has scheduled an April 24, 2019 evidentiary hearing to determine whether Plaintiff timely filed the Notice of Appeal. Defendant may bring expert document examiner, Wendy Carlson, to testify at the evidentiary hearing regarding her opinions of the document in question. However, in order to form opinions, Ms. Carlson must have access to the document to conduct a non-destructive analysis. Defendants anticipate Ms. Carlson will arrive in Rapid City early on April 24th in order to review the document before the hearing.

Defendants request that Ms. Carlson and counsel be granted access to the document in the Clerk's office at least 2 hours before the 3:00 p.m. hearing on April 24, 2019 to conduct a non-destructive examination for purposes of forming opinions and offering testimony at the hearing regarding her conclusions on the nature and quality of the document.

Dated this 4th day of April, 2019.

THOMAS BRAUN BERNARD & BURKE, LLP


By:  /s/ Gregory J. Bernard                              .
     GREGORY J. BERNARD
     4200 Beach Drive – Suite 1
     Rapid City, SD  57702
     605-348-7516

## CERTIFICATE OF SERVICE

I, Gregory J. Bernard, attorney for Defendants Ron Bradeen, Bradeen Real Estate and Jeff Storm, hereby certify that on the 4th day of April, 2019, I electronically filed ***Motion to Inspect Document in Possession of the Clerk of Courts*** relative to the above-entitled matter, using the CM/ECF system which will effect service on the following individual:

| | |
|---|---|
| Holli Telford<br>885 US Highway 385<br>Oelrichs, SD 57763<br>Hollietelford.1@gmail.com | Gregory H. Wheeler<br>Mitchell W. O'Hara<br>Boyce Law Firm, LLP<br>PO Box 5015<br>Sioux Falls, SD 57117-5015<br>(605) 336-2424<br>ghwheeler@boycelaw.com<br>mwohara@boycelaw.com |
| Gregory J. Erlandson<br>Bangs McCullen, Butler,<br>Foye & Simmons, LLP<br>PO Box 2670<br>333 West Boulevard, Suite 400<br>Rapid City, SD 57709<br>gerlandson@bangsmccullen.com | Michael L. Luce<br>Lynn, Jackson, Shultz<br>& Lebrun, PC<br>PO Box 2700<br>Sioux Falls, SD 57101-2700702<br>mluce@lynnjackson.com |

/s/ Gregory J. Bernard            .
GREGORY J. BERNARD

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| HOLLI TELFORD, personally and as assignee of the claims of Brenda Burton, | 19-1037 |
| **Plaintiffs,** | |
| vs. | |
| RON A. BRADEEN, BRADEEN REAL ESTATE, JEFF STORM, JIM BULTSMA, JIM ASHMORE, SOUTHERN HILLS TITLE COMPANY, MORNINGSIDE PROPERTIES LLP, HEARTLAND REAL ESTATE, VERYLIS R. BOYD, WARNER C. BOYD, FALL RIVER COUNTY SHERIFF ROBERT EVANS AND SA DANE RASMUSSEN, in their individual capacities, | **AFFIDAVIT OF GREGORY J. BERNARD** |
| **Defendants.** | |

Gregory J. Bernard, being first duly sworn, upon his oath testifies and states as follows:

1.  I am the attorney for Ron Bradeen, Bradeen Real Estate and Jeff Storm ("hereinafter Bradeen Defendants") in the above-captioned matter.

2.  Plaintiff Holli Telford a/k/a Holli Lundahl is the Plaintiff in at least two civil lawsuits venued in the Western Division of the United States District

1

EXHIBIT

Court South Dakota: Civ. 17-5042-JLV (*Telford v. Bradeen, et al*) and Civ. 17-5069-LLP (*Lundahl v. JP Morgan Chase Bank, et al*).

3.  Upon information and belief, on December 10, 2018, Plaintiff was physically present in the federal district court clerk's office in Rapid City and filed a Sur-Reply Brief in Civ. 17-5069-LLP (hereinafter "*Lundahl* case").

4.  Attached hereto as Exhibit 1 is a true and correct copy of the civil docket for the *Lundahl* case printed from Pacer on December 28, 2018.

5.  Upon information and belief, it is Plaintiff's practice when she files documents with the federal district court clerk's office in Rapid City to request a "COPY" stamp on a duplicate copy of the filed document (which the Plaintiff presents) which stamp reads:

COPY
ORIG. FILED
[Date]
Clerk
U.S. District Court

6.  No Notice of Appeal was filed in the above captioned case - Civ. 17-5042-JLV (hereinafter "*Telford* case") – on or before the December 12, 2018 deadline for Plaintiff to file.

7.  On December 20, 2018, eight days after the deadline, Counsel was served with "Notice of Appeal" in the *Telford* case by the CM/ECF system. [Doc. 134].

2

8.      Attached hereto as Exhibit 2 is a true and correct copy of the notice

of electronic filing received by me via email on December 20, 2018.

9.      In the body of the "Docket Text" on Exhibit 2, the "Clerk's Notice"

reads:

> The attached document was received by the clerk's office
> on December 20, 2018.  This submitted document contains
> a stamp dated December 10, 2018.  The clerk's office has no
> record of this document being filed on December 10, 2018.
> The physical version of this document will be retained
> by the clerk's office in Rapid City.

*See* Exhibit 2 (emphasis added).

10.     Attached as Exhibit 3 is a true and correct copy of the Notice of

Appeal filed by the clerk as Doc. 134.

11.     The Notice of Appeal [Doc. 134] bears the clerk's stamp which

reads:

COPY
ORIG. FILED
DEC 10 2018
Clerk
U.S. District Court

*See* Exhibit 3.

12.     On information and belief, after the December 12, 2018 filing

deadline, Plaintiff sent the document in question [Doc.134] to the clerk and

represented that it was a "COPY"-stamped copy of the Notice of Appeal which

Plaintiff claimed to have delivered to the clerk for filing on December 10, 2018.

3

13.     On December 21, 2018, I went to the clerk's office in Rapid City, South Dakota and was permitted to examine the original Notice of Appeal document which is electronically filed as Doc. 134.

14.     An examination of the clerk's "COPY" stamp on the document in question suggests that the stamp is not original to that document.

15.     It appears that the clerk's stamp was removed or copied from some other source or document and affixed to Doc. 134 to make it appear that the document in question had been "COPY"– stamped by the clerk on December 10, 2018.

16.     Given that the clerk has no record of the original Notice of Appeal being filed on December 10, 2018, and given that the "COPY" stamp on the document provided to the clerk on December 20th does not appear to be original to that document, it appears Plaintiff did not timely deliver the Notice of Appeal to the clerk for filing on or before the December 12, 2018 deadline.

Dated this 16th day of January, 2019.

_signature_

Gregory J. Bernard

4

Subscribed and sworn to before me this 16ᵗʰ day of January, 2019.

Notary Public, South Dakota

(SEAL)

My Commission Expires: _____

My Commission Expires
March 24, 2022

5

PROSE_NOTICE

# U.S. District Court
## District of South Dakota (Western Division)
## CIVIL DOCKET FOR CASE #: 5:17-cv-05069-LLP

Lundahl et al v. JP Morgan Chase Bank et al
Assigned to: U.S. District Judge Lawrence L. Piersol
Demand: $9,999,000
Cause: 18:1961 Racketeering (RICO) Act

Date Filed: 09/06/2017
Jury Demand: Plaintiff
Nature of Suit: 470 Other Statutes:
Racketeer Influenced and Corrupt
Organizations
Jurisdiction: Federal Question

**Plaintiff**

**Logan Lundahl**

represented by **Logan Lundahl**
885 US Hwy 385
Olerichs, SD 57765
(605) 340-0772
Email: logan.lundahl.1@gmail.com
PRO SE

**Plaintiff**

**Holli Lundahl**

represented by **Holli Lundahl**
P.O. Box 105
Hot Springs, SD 57747
(605) 340-0772
Email: hollilundahl@gmail.com
PRO SE

V.

**Defendant**

**JP Morgan Chase Bank**

**Defendant**

**Michele M Christiansen**
*In her official capacity*
*TERMINATED: 08/02/2018*

**Defendant**

**Mary Corporon**
*TERMINATED: 08/02/2018*

**Defendant**

**Old Republic Insurance Co.**

represented by **Mark W. Haigh**
Evans Haigh & Hinton LLP

**Ex. 6** of 21

101 North Main Avenue, Suite 213
PO Box 2790
Sioux Falls, SD 57101-2790
(605) 275-9599
Fax: (605) 275-9602
Email: mhaigh@ehhlawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tyler Haigh**
Evans Haigh & Hinton LLP
101 North Main Avenue, Suite 213
PO Box 2790
Sioux Falls, SD 57101-2790
(605) 275-9599
Fax: (605) 275-9602
Email: thaigh@ehhlawyers.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mel Hoffman**

**Defendant**

**Los Angeles Homeowners Aid**

**Defendant**

**Travis O'Gorman**
*In his official capacity*
*TERMINATED: 08/02/2018*

**Defendant**

**Derek Weimer**
*In his official capacity*
*TERMINATED: 08/02/2018*

**Defendant**

**Carol Stouffer**
*In her official capacity*
*TERMINATED: 08/02/2018*

**Defendant**

**Frankie Moore**
*In her official capacity*
*TERMINATED: 08/02/2018*

**Defendant**

**Lilia Chavarin**                    represented by  **Cassidy M. Stalley**
                                       Lynn, Jackson, Shultz & Lebrun, PC

Ex. 1 of 21

909 Saint Joseph Street, Suite 800
Rapid City, SD 57701
(605) 342-2592
Fax: (605) 342-5185
Email: cstalley@lynnjackson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffery D. Collins**
Lynn, Jackson, Shultz & Lebrun, PC
909 Saint Joseph Street, Suite 800
Rapid City, SD 57701
342-2592
Fax: 342-5185
Email: jcollins@lynnjackson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**American Modern Insurance Group**              represented by **Heather Lammers Bogard**
Costello Porter Hill Heisterkamp
Bushnell & Carpenter
PO Box 290
704 St. Joseph St.
Rapid City, SD 57709
(605) 343-2410
Fax: (605) 343-4262
Email: hlammers@costelloporter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Carolyn Olson**
*In her official capacity*
*TERMINATED: 08/02/2018*

**Defendant**

**Neil Lund**
*In his official capacity*
*TERMINATED: 08/02/2018*

**Defendant**

**First American Title Insurance Co.**           represented by **Terry G. Westergaard**
Bangs, McCullen, Butler, Foye &
Simmons
PO Box 2670
Rapid City, SD 57709
343-1040
Fax: 343-1503

**Ex. 1** 8 of 21

Email:
twestergaard@bangsmccullen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Does 1-10**

**Defendant**
**HSBC**
*also known as*
HSBC Mortgage Services Inc.
*also known as*
Beneficial Wyoming

**Defendant**
**Smith County, TX**

**Defendant**
**Lois Mosley**

**Defendant**
**Paul Kelley, Jr.**

**Defendant**
**Sandra Copeland**

**Defendant**
**David Gilbertson**
*in their administrative capacities*

**Defendant**
**Craig Pfeifle**
*in their administrative capacities*

**Defendant**
**American Title Insurance Co.**

**Defendant - Estate**
**Paul Kelley, Sr.**
*Estate of Paul Kelley Sr.*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/06/2017 | 1 | COMPLAINT with Jury Demandfiled by Holli Lundahl, Logan Lundahl. (Attachments: # 1 Part 2 of the Complaint, # 2 Envelope postmarked 9/2/2017) (SRC) (Additional attachment(s) added on 9/6/2017: # 3 Exhibit 1 - Gill v. |

**Ex. 9** of 21

| | | |
|---|---|---|
| | | Nakaruma, # <u>4</u> Exhibit 2 - Civil Case 08-cv-01990 Page 1 of the Amended Complaint, # <u>5</u> Exhibit 3 - 08-cv-1990 Judgment, # <u>6</u> Exhibit 4 - 10-11156 Appeal from the United States District Court for the Northern District of Texas, Dallas, # <u>7</u> Exhibit 5 - State of Idaho Order Denying Request for Approval for Filing, # <u>8</u> Exhibit 6 - Idaho State Judiciary Supreme Court Data Repository, # <u>9</u> Exhibit 7 - Box Elder County Utah Court Receipt) (SRC). (Additional attachment(s) added on 9/6/2017: # <u>10</u> Exhibit 8 - CV-2013-23 Unita County District Court Docket Sheet, # <u>11</u> Exhibit 9 - Sweetwater County Wyoming Civil No. 14-659 Motion to Dismiss, # <u>12</u> Exhibit 10 - Sweetwater County Wyoming Civil No. 14-659 Reply Memorandum, # <u>14</u> Exhibit 11 - Sweetwater County Wyoming Civil No. 14-659 Order Dismissing, # <u>15</u> Exhibit 12 - Nebraska Judicial Branch Case Search, # <u>16</u> Exhibit 13 - Case 08-12229-MFW Settlement Agreement) (SRC). (Additional attachment(s) added on 9/6/2017: # <u>17</u> Exhibit 14 - Excerpts from Pleading, # <u>18</u> Exhibit 15 - Sheridan County Nebraska Civil No. 16-45 Documents, # <u>19</u> Exhibit 16 - Sheridan County Nebraska Civil No. 16-45 Order, # <u>20</u> Exhibit 17 - Document from Plaintiff, # <u>21</u> Exhibit 18 - Daggett County, Utah Case No. 160800004 Ruling and Order, # <u>22</u> Exhibit 19 - Utah Supreme Court Case Number 20170309 Appeal) (SRC). (Additional attachment(s) added on 9/6/2017: # <u>23</u> Exhibit 20 - Utah Court of Appeals Order, # <u>24</u> Exhibit 21 - Sheridan County Nebraska Court Documents, # <u>25</u> Exhibit 22 - Kimball County Nebraska Complaint, # <u>26</u> Exhibit 23 - Letter from Los Angeles Homeowners Aid, # <u>27</u> Exhibit 24 - Letter from Los Angeles Homeowners Aid, # <u>28</u> Exhibit 25 - Letter from Neighborhood Housing Services of America, # <u>29</u> Exhibit 26 - District of Utah Case Search, # <u>30</u> Exhibit 27 - Letter from First American Title Company Utah Division, # <u>31</u> Exhibit 28 - Utah Bankruptcy Court Docket Sheet, # <u>32</u> Exhibit 29 - Utah Bankruptcy Court Documents, # <u>33</u> Exhibit 30 - Utah Bankruptcy Court Docket Sheet, # <u>34</u> Exhibit 31 - Court Document) (SRC). (Additional attachment(s) added on 9/6/2017: # <u>35</u> Exhibit 32 - Excerpts from Document 261 in case 06-cr-693, # <u>36</u> Exhibit 33 - District of Utah Criminal No. 06-693 & 07-272 Order Dismissing Charges, # <u>37</u> Exhibit 34 - Letter from Nebraska Court of Appeals) (SRC). (Entered: 09/06/2017) |
| 09/06/2017 | <u>2</u> | CIVIL COVER SHEET. (SRC) (Entered: 09/06/2017) |
| 09/06/2017 | <u>3</u> | MOTION for Leave to Proceed in forma pauperis by Logan Lundahl. (SRC) (Entered: 09/06/2017) |
| 09/06/2017 | <u>4</u> | MOTION for Leave to Proceed in forma pauperis by Holli Lundahl. (SRC) (Entered: 09/06/2017) |
| 09/06/2017 | <u>5</u> | New Case LETTER with enclosed Docket Sheet sent by Clerk's Office to Logan Lundahl & Holli Lundahl. (SRC) (Entered: 09/06/2017) |
| 12/12/2017 | <u>7</u> | Ninth Oral Demand and First Written Demand to grant IFP Motions of Plaintiffs and Proceed to Litigation of this Matter by Plaintiffs Holli Lundahl, Logan Lundahl re <u>3</u> MOTION for Leave to Proceed in forma pauperis, <u>4</u> MOTION for Leave to Proceed in forma pauperis (Attachments: # <u>1</u> Envelope postmarked 12/9/17) (SLW) (Entered: 12/12/2017) |
| 12/12/2017 | <u>8</u> | MOTION to Electronically File Documents. Pro se party Holli Lundahl will now receive electronic notice of unsealed documents filed in this case, but must |

| | | |
|---|---|---|
| | | wait for a Court ruling regarding e-filing. Refer to the CM/ECF User Manual located on the court website at www.sdd.uscourts.gov for information about accessing documents. (Attachments: # 1 Envelope postmarked 12/9/17)(SLW) (Entered: 12/12/2017) |
| 12/12/2017 | 9 | MOTION to Electronically File Documents. Pro se party Logan Lundahl will now receive electronic notice of unsealed documents filed in this case, but must wait for a Court ruling regarding e-filing. Refer to the CM/ECF User Manual located on the court website at www.sdd.uscourts.gov for information about accessing documents. (SLW) (Entered: 12/12/2017) |
| 02/07/2018 | 10 | ORDER Concerning Claim of Residency. Signed by U.S. District Judge Lawrence L. Piersol on 2/6/2018. (JLS) (Entered: 02/07/2018) |
| 02/26/2018 | 11 | RESPONSE to 10 Order filed by Holli Lundahl, Logan Lundahl. (Attachments: # 1 Proposed Sealed Exhibit 1, # 2 Proposed Sealed Exhibit 2, # 3 Proposed Sealed Exhibit 3, # 4 Proposed Sealed Exhibit 4, # 5 Proposed Sealed Exhibit 5, # 6 Exhibit 6 - New York Times Article, # 7 Proposed Sealed Exhibit 7, # 8 Proposed Sealed Exhibit 8, # 9 Proposed Sealed Exhibit 9, # 10 Proposed Sealed Exhibit 10)(SLT) (Additional attachment(s) added on 2/26/2018: # 11 Envelope postmarked 2/24/2018) (SLT). (Entered: 02/26/2018) |
| 02/26/2018 | 12 | MOTION to Seal Exhibits 1-5 and 7-10 re 11 Response to 10 Order by Holli Lundahl, Logan Lundahl. (Attachments: # 1 Proposed Sealed Exhibits)(SLT) (Entered: 02/26/2018) |
| 02/26/2018 | 13 | REQUEST for Judicial Notice of Documents Supporting re 11 Response, 10 Order by Holli Lundahl, Logan Lundahl. (Attachments: # 1 3:16-3033-RAL Doc. 127, # 2 3:16-3033-RAL Doc. 127-3, # 3 3:16-3033-RAL Doc. 127-4, # 4 3:16-3033-RAL Doc. 137)(SLT) (Entered: 02/26/2018) |
| 03/07/2018 | 14 | SUPPLEMENT by Plaintiffs Holli Lundahl, Logan Lundahl re 11 Response,,. (Attachments: # 1 Exhibit 1 - Photo, # 2 Exhibit 2 - Photo, # 3 Exhibit 3 - Photo, # 4 Exhibit 4 - Photo, # 5 Exhibit 5 - Photo, # 6 Exhibit 6 - Photo, # 7 Exhibit 7 - Patrons Cooperative Association Bill (Sealed), # 8 Envelope postmarked 3/6/2018) (SRC) (Attachment 7 replaced on 3/7/2018) (TAL). Modified on 3/7/2018 (TAL). (Entered: 03/07/2018) |
| 08/02/2018 | 15 | ORDER DISMISSING COMPLAINT IN PART AND DIRECTING SERVICE IN PART, granting 3 Motion for Leave to Proceed in forma pauperis; granting 4 Motion for Leave to Proceed in forma pauperis; denying 8 Motion to Electronically File Documents in CM/ECF; denying 9 Motion to Electronically File Documents in CM/ECF; denying 12 Motion to Seal Document; denying 13 Motion for judicial notice, dismissing Michele M. Christiansen, Travis O'Gorman, Derek Weimer, Carol Stouffer, Frankie Moore, Carolyn Olsen, Neil Lund and Mary Corporon. Signed by U.S. District Judge Lawrence L. Piersol on 8/2/18. (DJP) (Entered: 08/02/2018) |
| 08/15/2018 | 16 | SECOND REQUEST to File Electronically by Holli Lundahl. (Attachments: # 1 Enveope postmarked 8-14-2018) (SLT) (Entered: 08/15/2018) |
| 08/21/2018 | 17 | Summons Issued as to American Modern Insurance Group, Lilia Chavarin, First American Title Insurance Co., Mel Hoffman, JP Morgan Chase Bank, Los |

| | | |
|---|---|---|
| | | Angeles Homeowners Aid, Old Republic Insurance Co. 7 original summons, 1 Complaint, 15 Order delivered to plaintiff's USMS via email. (SLT) (Additional attachment(s) added on 8/22/2018: # 1 Rule 73 Memo, # 2 AO 85) (SLT). Modified on 8/22/2018 to add Rule 73 Memo and AO 85. A0 85 delivered to USMS to be attached to Summonses (SLT). (Entered: 08/21/2018) |
| 08/21/2018 | | NOTICE of Change of Address by Holli Lundahl: P.O. Box 105, Hot Springs, SD 57747. (SLT) (Entered: 08/21/2018) |
| 08/24/2018 | 18 | ORDER denying 16 Second Motion to Electronically File Documents in CM/ECF. Signed by U.S. District Judge Lawrence L. Piersol on 8/24/18. (SLW) (Entered: 08/24/2018) |
| 08/27/2018 | 19 | SUMMONS Returned Executed by Holli Lundahl. Lilia Chavarin served on 8/23/2018, answer due 9/13/2018. (SLT) (Entered: 08/27/2018) |
| 08/30/2018 | 20 | Summons Returned Unexecuted by Holli Lundahl, Logan Lundahl as to JP Morgan Chase Bank. (TAL) (Entered: 08/30/2018) |
| 09/10/2018 | 21 | SUMMONS Returned Executed by Holli Lundahl, Logan Lundahl. American Modern Insurance Group served on 8/23/2018, answer due 9/13/2018; First American Title Insurance Co. served on 8/23/2018, answer due 9/13/2018; Old Republic Insurance Co. served on 8/23/2018, answer due 9/13/2018. (DJP) (Entered: 09/10/2018) |
| 09/11/2018 | 22 | MOTION for Extension of Time to File Answer by Lilia Chavarin. (Collins, Jeffery) (Entered: 09/11/2018) |
| 09/11/2018 | 23 | NOTICE of Appearance by Jeffery D. Collins on behalf of Lilia Chavarin. (Collins, Jeffery) (Entered: 09/11/2018) |
| 09/11/2018 | 24 | NOTICE of Appearance by Cassidy M. Stalley on behalf of Lilia Chavarin. (Stalley, Cassidy) (Entered: 09/11/2018) |
| 09/12/2018 | 25 | ORDER granting 22 Motion for Extension of Time to Answer. Lilia Chavarin answer due 9/28/2018. Signed by U.S. District Judge Lawrence L. Piersol on 9/12/18. (JLS) (Entered: 09/12/2018) |
| 09/12/2018 | 27 | **AMENDED COMPLAINT, with Jury Demand filed by Holli Lundahl, Logan Lundahl. (SLT) (Entered: 09/13/2018)** |
| 09/13/2018 | 26 | NOTICE of Appearance by Heather Lammers Bogard on behalf of American Modern Insurance Group. (Bogard, Heather) (Entered: 09/13/2018) |
| 09/18/2018 | 28 | NOTICE of Appearance by Terry G. Westergaard on behalf of First American Title Insurance Co.. (Westergaard, Terry) (Entered: 09/18/2018) |
| 09/20/2018 | 29 | NOTICE of Appearance by Mark W. Haigh on behalf of Old Republic Insurance Co.. (Haigh, Mark) (Entered: 09/20/2018) |
| 09/20/2018 | 30 | NOTICE of Appearance by Tyler Haigh on behalf of Old Republic Insurance Co.. (Haigh, Tyler) (Entered: 09/20/2018) |
| 09/21/2018 | 31 | **MOTION to DISMISS by American Modern Insurance Group. (Bogard, Heather) (Entered: 09/21/2018)** |

| 09/21/2018 | 32 | MEMORANDUM in Support re 31 MOTION to DISMISS filed by American Modern Insurance Group. (Bogard, Heather) (Entered: 09/21/2018) |
| --- | --- | --- |
| 09/21/2018 | 33 | DECLARATION of Nancy Gill re 32 Memorandum in Support of Motion, 31 MOTION to DISMISS . (Attachments: # 1 Exhibit 8/23/18 DOL Correspondence) (Bogard, Heather) (Entered: 09/21/2018) |
| 09/24/2018 | 34 | **MOTION to DISMISS *Defendant Old Republic Insurance Co.'s Motion to Dismiss*, MOTION failure to state a claim, lack of subject matter jurisdiction, lack of personal jurisdiction, and insufficient service of process re 1 Complaint 27 Amended Complaint by Old Republic Insurance Co. (Haigh, Tyler) Modified on 9/25/2018 to delete duplicative text (KLK). (Entered: 09/24/2018)** |
| 09/24/2018 | 35 | MEMORANDUM in Support re 34 MOTION to DISMISS *Defendant Old Republic Insurance Co.'s Motion to Dismiss* MOTION failure to state a claim, lack of subject matter jurisdiction, lack of personal jurisdiction, and insufficient service of process re 1 Complaint 27 Amended Complaint filed by Old Republic Insurance Co. (Haigh, Tyler) Modified on 9/25/2018 to remove duplicative text (KLK). (Entered: 09/24/2018) |
| 09/27/2018 | 36 | **MOTION to DISMISS for Lack of Jurisdiction , MOTION to DISMISS for Failure to State a Claim by First American Title Insurance Co.. (Westergaard, Terry) (Entered: 09/27/2018)** |
| 09/27/2018 | 37 | MEMORANDUM in Support re 36 MOTION to DISMISS for Lack of Jurisdiction MOTION to DISMISS for Failure to State a Claim filed by First American Title Insurance Co. (Westergaard, Terry) (Entered: 09/27/2018) |
| 09/28/2018 | 38 | Second MOTION for Extension of Time to File Answer re 25 Order on Motion for Extension of Time to Answer by Lilia Chavarin. (Stalley, Cassidy) (Entered: 09/28/2018) |
| 09/28/2018 | 39 | ORDER granting 38 Motion for Extension of Time to Answer. Lilia Chavarin answer due 10/5/2018. Signed by U.S. District Judge Lawrence L. Piersol on 9/28/2018. (SLT) (Entered: 09/28/2018) |
| 10/01/2018 | 40 | LETTER Received from Karl Van Den Berg to Clerk of Court. (Attachments: # 1 copy of summons (Melvin M. Hoffman), # 2 page 9, complaint, # 3 letter to Clerk of Nebraska Supreme Court and Nebraska Court of Appeals with enclosures, # 4 envelope postmarked 9/26/18 & business card) (TAL) Modified on 10/3/2018 to add postmark(KLK). (Entered: 10/02/2018) |
| 10/05/2018 | 41 | **MOTION to DISMISS for Lack of Jurisdiction by Lilia Chavarin. (Stalley, Cassidy) (Entered: 10/05/2018)** |
| 10/05/2018 | 42 | MEMORANDUM in Support re 41 MOTION to DISMISS for Lack of Jurisdiction filed.by Lilia Chavarin. (Stalley, Cassidy) (Entered: 10/05/2018) |
| 10/05/2018 | 43 | AFFIDAVIT in Support re 41 MOTION to DISMISS for Lack of Jurisdiction filed by Lilia Chavarin. (Attachments: # 1 Exhibit A - Summons and Complaint) (Stalley, Cassidy) (Entered: 10/05/2018) |
| 10/05/2018 | 44 | |

Ex. 1 of 21

| | | |
|---|---|---|
| | | AFFIDAVIT in Support re 41 MOTION to DISMISS for Lack of Jurisdiction filed by Lilia Chavarin. (Stalley, Cassidy) (Entered: 10/05/2018) |
| 10/05/2018 | 45 | MOTION for Joinder *of Defendants American Modern Insurance Group, Old Republic Insurance Company and First American Title Companys Motions to Dismiss* by Lilia Chavarin. (Stalley, Cassidy) (Entered: 10/05/2018) |
| 10/05/2018 | 46 | MOTION to Extend Deadlines by Holli Lundahl, Logan Lundahl. (Attachments: # 1 photo, # 2 photo, # 3 photo, # 4 photo, # 5 photo) (TAL) (Entered: 10/09/2018) |
| 10/10/2018 | 47 | SUPPLEMENT by Plaintiffs Holli Lundahl, Logan Lundahl re 27 Amended Complaint. (Attachments: # 1 Gill v. Nakamura (2014 MA) RICO is nationwide, # 2 caption page of 1st Texas case naming all parties, # 3 dismissal of Texas case without prejudice, # 4 5th Cir. appeal dismissed without prejudice, # 5 Idaho order dismissing case against banks without prejudice, # 6 Idaho criminal docket dismissing charges with prejudice, # 7 Utah action against attorneys dismissed without prejudice, # 8 Wyoming case dismissed without prejudice, # 9 Corporon motion dismiss without prejudice - no personal jurisdiction, # 10 JP Morgan motion dismiss - no jurisdiction, # 11 Order of Dismissal by Court - no jurisdiction, # 12 Nebraska docket against Chase Bank, et al., # 13 settlement agreement between Chase, WAMU & FDIC, # 14 Old Republic's motion dismiss filed in NE action, # 15 Affidavit of Default/Default Judgment - FDIC, # 16 NE order of dismissal - no jurisdiction, # 17 video on file with Court, # 18 Utah order re: dismissal Corporon - no jurisdiction, # 19 Appeal to Utah appellate court response - OSC, # 20 Utah appeals court - affirming trial order, # 21 motion to reconsider NE order re: dismissal - no jurisdiction, # 22 caption to complaint against Texas defendants, # 23 LAHA 3 year buy back agreement, # 24 evidentiary admission by LAHA created reverse mortgage, # 25 Good Neighbor Housing's letter in response to LAHA's obstruction of day off notice, # 26 Marlene Telford's bankruptcy filing, # 27 commitment to title insurance by First American Title, # 28 dismissal of Marlene Telford's quiet title case, # 29 order confirming Holli's Chapter 13 plan, # 30 alteration of Holli's bankruptcy docket by court officials, # 31 order removing Holli's pro se representation, # 32 Lilia Chaverin 302 FBI report, # 33 order dismissing criminal cases voluntarily by US prosecutor, # 34 NE appeals court dismissing Smith County case for lack of standing, # 35 tax case on the Kelley case in Texas, # 36 recording of Sheriff's Deed to Smith County 11-29-2010, # 37 payment of purchase price on Texas property, # 38 email from Smith County Trustee mailed out deed, # 39 purchase of double wide manufactured Holli, # 40 application - amended for insurance on double wide home to American Modern, # 41 tax exemption affidavit for Texas property, # 42 Paul Kelleys residence address in Texas, # 43 aeriel of Texas property, # 44 SD AG notice of settlement HSBC, # 45 HSBC works to shell companies, # 46 HSBC offloads REO assets to Altisource, # 47 Beneficial not registered with SEC, # 48 HSBC registered with SEC, # 49 electronic purchase contract Wyoming property, # 50 loan commitment on WYO property, # 51 closing terms WYO property, # 52 demand to pay 1/2 closing fees, # 53 request for accommodation FHA, # 54 Altisource master services agreement, # 55 notice re-post property for sale, # 56 termination agreement by HSBC, # 57 Linked In bio on Michelle Riddell, # 58 SOS SD - |

| | | Beneficial, # 59 Bankruptcy filing Beneficial, # 60 property abstract - WYO property, # 61 POA by HSBC to Altisource, # 62 special warranty deed Beneficial to Schultz, # 63 Linked In bio on David Schultz) (TAL) Modified on 10/11/2018 to clarify that exhibits were scanned and filed as received and it appears there are pages missing to several exhibits (TAL). (Entered: 10/11/2018) |
|---|---|---|
| 10/11/2018 | 48 | ORDER granting 46 Motion to Extend Deadlines. Signed by U.S. District Judge Lawrence L. Piersol on 10/10/18. (DJP) (Entered: 10/11/2018) |
| 10/22/2018 | 49 | MEMORANDUM in Opposition re 31 MOTION to DISMISS and Request for Hearing filed by Holli Lundahl, Logan Lundahl. (Attachments: # 1 Exhibit 1 - Dismissal) (SST) (Entered: 10/23/2018) |
| 10/22/2018 | 50 | DECLARATION in Opposition re 31 MOTION to DISMISS filed by Holli Lundahl. (Attachments: # 1 Exhibit 1 - Amended Insurance Application, # 2 Exhibit 2 - Excerpt from AMIG website, # 3 Exhibit 3 - Corporate Contact Information for AMIG, # 4 Exhibit 4 - Address where AMIG was Served, # 5 Exhibit 5 - AMIG Corporate Address) (SST) (Entered: 10/23/2018) |
| 10/22/2018 | 51 | MEMORANDUM in Opposition re 34 MOTION to DISMISS *Defendant Old Republic Insurance Co.'s Motion to Dismiss* MOTION failure to state a claim, lack of subject matter jurisdiction, lack of personal jurisdiction, and insufficient service of process re 1 Complaint 27 Amended Complaint filed by Holli Lundahl, Logan Lundahl. (Attachments: # 1 Exhibit 1 - Dismissal) (SST) (Entered: 10/23/2018) |
| 10/22/2018 | 52 | MOTION for Extension of Time to Respond to the LAHA Defendants and First American Title's Motions to Dismiss to October 26, 2018 when Plaintiff's Motion to Dismiss as to the Chase Defendants is Do by Holli Lundahl, Logan Lundahl. (SST) (Entered: 10/23/2018) |
| 10/24/2018 | 53 | ORDER granting 52 Motion to Extend. Plaintiffs have until 10/26/18 within which to respond to defendants' motion to dismiss. Signed by U.S. District Judge Lawrence L. Piersol on 10/24/18. (SLW) (Entered: 10/24/2018) |
| 10/25/2018 | 54 | OBJECTION by Defendant Lilia Chavarin re 47 Supplement (Stalley, Cassidy) Modified on 10/26/2018 to delete commas (KLE). (Entered: 10/25/2018) |
| 10/26/2018 | 55 | First MOTION for Joinder to 54 Lilia Chavarin's Objection to Plaintiff's Supplement to First Amended Complaint 47 by American Modern Insurance Group. (Bogard, Heather) Modified on 10/29/2018 to link (KLE). (Entered: 10/26/2018) |
| 10/26/2018 | 56 | DECLARATION of Holli Lundahl in support of 49 Memorandum in Opposition to Motion. (Attachments: # 1 Exhibits) (DLC) (Entered: 10/26/2018) |
| 10/26/2018 | 57 | OPPOSITION to 40 Letter Received from Karl Van Den Berg to Clerk of Court, filed by Holli Lundahl, Logan Lundahl. (Attachments: # 1 Exhibits) (DLC) (Entered: 10/26/2018) |
| 10/26/2018 | 58 | OPPOSITION to 36 MOTION to DISMISS for Lack of Jurisdiction MOTION to DISMISS for Failure to State a Claim filed by Holli Lundahl, Logan Lundahl. (Attachments: # 1 Exhibits) (DLC) (Entered: 10/26/2018) |

| 10/26/2018 | 59 | OPPOSITION to 41 MOTION to DISMISS for Lack of Jurisdiction filed by Holli Lundahl, Logan Lundahl. (Attachments: # 1 Exhibits) (DLC) (Entered: 10/26/2018) |
|---|---|---|
| 11/01/2018 | 60 | RESPONSE to 51 Memorandum in Opposition to Motion, *to Old Republic Insurance Company's Motion to Dismiss* 34 filed by Old Republic Insurance Co. (Haigh, Tyler) Modified on 11/2/2018 to link to original motion (KLE). (Entered: 11/01/2018) |
| 11/05/2018 | 61 | REPLY to 31 Motion to Dismiss filed by American Modern Insurance Group. (Bogard, Heather) (Entered: 11/05/2018) |
| 11/08/2018 | 62 | REPLY to 41 Motion to Dismiss/Lack of Jurisdiction filed by Lilia Chavarin. (Stalley, Cassidy) (Entered: 11/08/2018) |
| 11/08/2018 | 63 | MOTION for Joinder *in Lilia Chavarin's Objection to Plaintiffs' Supplement to First Amended Complaint* by First American Title Insurance Co.. (Westergaard, Terry) (Entered: 11/08/2018) |
| 11/08/2018 | 64 | REPLY to Motion Response re 36 MOTION to DISMISS for Lack of Jurisdiction **MOTION to DISMISS for Failure to State a Claim filed by First American Title Insurance Co.. (Westergaard, Terry) (Entered: 11/08/2018)** |
| 11/13/2018 | 65 | OPPOSITION re 54 OBJECTION by Defendant Lilia Chavarin re 47 Supplement and 55 First MOTION for Joinder to 54 filed by Holli Lundahl, Logan Lundahl. (Attachments: # 1 Exhibits) (DLC) (Entered: 11/14/2018) |
| 11/19/2018 | 66 | DECLARATION of Marti Telford in Support of Plaintiff Holli's Sur-Reply to American Modern Insurance Group's Reply - Raising New Argument Not Raised in Their Motion to Dismiss. (DLC) (Entered: 11/20/2018) |
| 11/20/2018 | 67 | REPLY to 60 RESPONSE to 51 Memorandum in Opposition to Motion re 34 MOTION to DISMISS and REQUEST for Sua Sponte Rule 11 Sanctions filed by Holli Lundahl, Logan Lundahl. (Attachments: # 1 Exhibit) (SLT) (Entered: 11/20/2018) |
| 11/27/2018 | 68 | REPLY BRIEF in Support of 54 Objection *to Plaintiffs' Supplement to First Amended Complaint* filed by Lilia Chavarin. (Stalley, Cassidy) Modified on 11/28/2018 to add text (KLE). (Entered: 11/27/2018) |
| 11/30/2018 | 69 | OBJECTION by Defendant Old Republic Insurance Co. re 67 Reply to Motion Response in re 34 Motion to Dismiss *Old Republic Insurance Company's Objection to Plaintiff's Verified Sur-Reply to Old Republic Insurance Companies' Reply [Doc. 60] Raising New Argument Not Raised in Their Motion to Dismiss and Request for Sua Sponte Rule 11 Sanctions to be Issued by this Court Against Old Republic Insurance Company by way of a Default Judgment in Favor of Plaintiffs for Fraud Committed Upon this Court as Set Forth Herein* (Haigh, Mark) Modified on 12/4/2018 to link to original motion (KLE). (Entered: 11/30/2018) |
| 12/03/2018 | 70 | PLAINTIFF'S VERIFIED SUR-REPLY to American Modern Insurance Group's Reply 61 Raising new argument not raised in their motion to dismiss and REQUEST for Sua Sponte Rule 11 sanctions to be issued by this Court against |

| | | American Modern Woodman Insurance Group by way of a default judgment in favor of Plaintiff Holli (Telord) Lundahl for fraud committed upon this Court by American Modern Insurance Group filed by Holli Lundahl, Logan Lundahl. (DLC) (Entered: 12/04/2018) |
|---|---|---|
| 12/03/2018 | 71 | DECLARATION of Holli Lundahl supporting 70 SUR-REPLY and REQUEST. (DLC) (Main Document 71 replaced on 12/4/2018) (SST). (Entered: 12/04/2018) |
| 12/10/2018 | 72 | SUR-REPLY to 64 Reply to Motion Response and REQUEST for Sua Sponte Rule 11 Sanctions to be issued by this Court against First American Title Insurance Co. by way of a Default Judgment filed by Holli Lundahl, Logan Lundahl. (Attachments: # 1 Press Release from South District of Indiana) (DLC) (Entered: 12/10/2018) |
| 12/14/2018 | 73 | EMERGENCY PETITIONS: MOTION to Seal Document, MOTION for Leave to to File Under Seal a Complaint Plaintiff Seeks to Supplement into the Present Action - OR - in the Alternative Open a New Action by Holli Lundahl. (Attachments: # 1 Proposed Sealed Complaint, # 2 Part 1 of Sealed Exhibits to Proposed Sealed Complaint, # 3 Part 2 of Sealed Exhibits to Proposed Sealed Complaint, # 4 Proposed Sealed Emergency Motion, # 5 Part 1 of Sealed Exhibits to Proposed Sealed Emergency Motion, # 6 Part 2 of Sealed Exhibits to Proposed Sealed Emergency Motion) (DLC) Modified on 12/18/2018 (SLT). Modified text on 12/19/2018 (SST). (Entered: 12/17/2018) |
| 12/18/2018 | 74 | SEPARATE MOTION to Supplement/Add Certain South Dakota Officials into this Action as Identified in the Complaint Attached as Exhibit 1 to Plaintiff's Motion to Seal Filed Concurrently Herewith, OR IN THE ALTERNATIVE, MOTION to File the Complaint as a Severed Action so that Plaintiff can Immediately Prosecute the Motion for Emergency Permanent Injunction attached as Exhibit 2 to the Motion to Seal by Holli Lundahl. (Attachments: # 1 Attachments) (DLC) (Entered: 12/18/2018) |
| 12/20/2018 | 77 | MOTION to Seal Document by Holli Lundahl. (Attachments: # 1 Proposed Sealed Exhibit 1 to Third Request to Issue a Ruling re Plaintiff's Emergency Petition filed on December 14, 2018 to File the Attached Complaint and Permanent Injunction) (DLC) (Entered: 12/20/2018) |
| 12/20/2018 | 78 | REQUEST to Issue a Ruling re Plaintiff's Emergency Petition filed on December 14, 2018, [Doc. 73] - to File the Attached Complaint and Permanent Injunction by Plaintiff Holli Lundahl (Attachments: # 1 Sealed Exhibit 1 (see motion to seal at Doc. 77) (DLC) (Attachment 1 replaced on 12/21/2018 with sealed Exhibit per Order 79 ) (SAC). Modified on 12/21/2018 (SAC). (Entered: 12/20/2018) |
| 12/21/2018 | 79 | ORDER denying Plaintiff's motions to amend and/or supplement complaint 73 74 ; Plaintiff's motion to seal 73 , 74 , and 77 are granted; Plaintiff's shall have 30 days from the date of this order to file a motion to amend complaint. If plaintiffs do not file an amended complaint, this court will proceed with its screening of plaintiffs amended complaint at docket 27 . Signed by U.S. District Judge Lawrence L. Piersol on 12/21/2018. (SAC) (Entered: 12/21/2018) |

| 12/21/2018 | 80 | RESPONSE to 72 Reply, filed by First American Title Insurance Co.. (Westergaard, Terry) (Entered: 12/21/2018) |
| 12/26/2018 | 81 | Emergency Petition for Permission to File a Separate Complaint in a New Case by Holli Lundahl. (Attachments: # 1 Exhibits A - D) (SST) Modified text on 12/27/2018 (SST). (Entered: 12/26/2018) |
| 12/26/2018 | 82 | SUPPLEMENT by Plaintiff Holli Lundahl re 81 Emergency Petition for Permission to File A Separate Complaint. (Attachments: # 1 Exhibit E - Attachments 1-10) (SST) (Entered: 12/26/2018) |
| 12/26/2018 | 83 | SUPPLEMENT by Plaintiff Holli Lundahl re 81 Emergency Petition for Permission to File A Separate Complaint, 82 Supplement - Exhibit E - Attachments 1-10. (Attachments: # 1 Exhibit E - Attachments 11 - 15) (SST) (Entered: 12/26/2018) |
| 12/26/2018 | 84 | Emergency Requests to address 81 Emergency Petition for Permission to File A Separate Complaint, for Court to take Judicial Notice Plaintiff has Paid the Filing Fee, for Immediate Order to File Complaint Against South Dakota Officials, for Order Directing Clerk to Issue Three Summonses, for Order Directing Marshal to Serve Defendants by Holli Lundahl. (SST) (Entered: 12/26/2018) |
| 12/27/2018 | 85 | ORDER granting 81 Emergency Petition for Permission to File a Separate Complaint in a New Case, denying 84 Emergency Petition for Permission to File a Separate Complaint, for Court to take Judicial Notice Plaintiff has Paid the Filing Fee, for Immediate Order to File Complaint Against South Dakota Officials, for Order Directing Clerk to Issue Three Summonses, for Order Directing Marshal to Serve Defendants. Signed by U.S. District Judge Lawrence L. Piersol on 12/27/18. (SST) Modified text on 12/27/2018 (SST). (Entered: 12/27/2018) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 12/28/2018 12:32:59 | | |
| **PACER Login:** thomasbraunlawfirm:3293484:0 | **Client Code:** Telford | |
| **Description:** Docket Report | **Search Criteria:** 5:17-cv-05069-LLP | |
| **Billable Pages:** 9 | **Cost:** 0.90 | |

Ex. 18 of 21

**Greg Bernard**

| | |
|---|---|
| From: | ecfhelp@sdd.uscourts.gov |
| Sent: | Thursday, December 20, 2018 4:58 PM |
| To: | ecfhelp@sdd.uscourts.gov |
| Subject: | Notice of Appeal filed in 5:17-cv-05042-JLV Telford v. Bradeen et al |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**District of South Dakota**

## Notice of Electronic Filing

The following transaction was entered on 12/20/2018 at 5:57 PM CST and filed on 12/20/2018

| | |
|---|---|
| Case Name: | Telford v. Bradeen et al |
| Case Number: | 5:17-cv-05042-JLV |
| Filer: | Holli Telford |

WARNING: CASE CLOSED on 08/29/2018

Document Number: 134

Docket Text:
NOTICE OF APPEAL as to [40] Order on Motion to Extend, [67] Order on Motion to Stay, [13] Order on Motion for Reconsideration, [53] Order for Discovery Report, [28] Order on Motion to Extend, [91] Order on Motion to Extend, [10] Order on Motion for Miscellaneous Relief, [46] Order on Motion to Amend/Correct, [133] Order on Motion to Extend, [8] Order on Motion for Leave to Proceed in forma pauperis, [31] Order on Motion to Extend, [82] Order Requiring Compliance with Redaction Requirement, [52] Judgment, [36] Order, [120] Order on Motion to Alter Judgment, Order on Motion to Amend/Correct, Order on Motion to Dismiss Party, Order on Motion for Joinder, Order on Motion for Summary Judgment, Order on Motion for Miscellaneous Relief, Order on Motion to Strike, Order on Motion to Continue, [26] Order on Motion to Extend, [51] Order on Motion for Partial Summary Judgment, Order on Motion for Judgment on the Pleadings, Order on Motion for Hearing, Order on Motion for Miscellaneous Relief, Order on Motion to Dismiss, [121] Judgment by Holli Telford (Clerk's Notice: The attached document was received by the clerk's office on December 20, 2018. The submitted document contains a stamp dated December 10, 2018. The clerk's office has no record of this document being filed on December 10, 2018. The physical version of this document will be retained by the clerk's office in Rapid City.). (TAL)

5:17-cv-05042-JLV Notice has been electronically mailed to:

1

Michael L. Luce    mluce@lynnjackson.com, mschmitt@lynnjackson.com

Gregory J. Bernard    gbernard@tb3law.com, Lbowman@tb3law.com, Lhodgin@tb3law.com, abelitz@tb3law.com

Gregory J. Erlandson    gerlandson@bangsmccullen.com, cronfeldt@bangsmccullen.com

Gregory H. Wheeler    ghwheeler@boycelaw.com, akmcdowell@boycelaw.com

Mitchell W. O'Hara    mwohara@boycelaw.com, oharam2015@gmail.com, tajohnson@boycelaw.com

Holli Telford    hollietelford.1@gmail.com, brenda.burton.99999@gmail.com

**5:17-cv-05042-JLV This document must be sent in hard copy to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1034884494 [Date=12/20/2018] [FileNumber=2786337-0] [0c6451c052ac237fd94a3589402e06425d9ea963e9e8f65a686a44b7b2dd72ccdf c8cd012719d654039914e69ef6e97b5b5df153c6b1277f0d730a6b797e0d9c]]

COPY
ORIG. FILED

DEC 10 2018

Clerk
U.S. District Court

# UNITED STATES DISTRICT COURT SOUTH DAKOTA
# WESTERN DIVISION, RAPID CITY DIVISION

| | | |
|---|---|---|
| Holli Telford | ) | **CIV. 17-5042-JLV** |
| | ) | **NOTICE OF APPEAL** |
| Plaintiff | ) | |
| | ) | |
| v. | | |
| Ron A. Bradeen, Bradeen | ) | |
| Real Estate, Jeff Storm, Jim Bultsma | | |
| Jim Ashmore, Southern Hills Title | ) | |
| Company, Morningside Properties LLP; | | |
| Heartland Real Estate; Verylis R. Boyd, | ) | |
| and Warner C. Boyd. | | |
| Defendants | ) | |

COME NOW Plaintiff to appeal all orders made in the underlying case and especially the order to recuse Judge Viken from sitting on this case or any other case naming Plaintiff and to vacate all orders entered by Judge Viken based on pervasive personal bias and Misprisions of felony acts committed by the respective defendants and their attorneys in this case and the Boardwalk case no. 17-cv.5088 and which were coved up by Judge Viken.

Dated: December 10, 2018

Hollie Telford

Certificate of Service
The defendants have been served via the court's ECF filing system