UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
RAPID CITY DIVISION

| | |
|---|---|
| HOLLI TELFORD personally and as assignee of the claims of BRENDA BURTON, <br><br> Plaintiffs, <br><br> v. <br><br> RON A. BRADEEN, BRADEEN REAL ESTATE, JEFF STORM, JIM BULTSMA, JIM ASHMORE, SOUTHERN HILLS TITLE COMPANY, MORNINGSIDE PROPERTIES LLP; HEARTLAND REAL ESTATE, VERYLIS R. BOYD, WARNER C. BOYD, FALL RIVER COUNTY SHERIFF ROBERT EVANS and SA DANE RASMUSSEN in their official capacities, <br><br> Defendants. | CIV. 17-5042 <br><br><br> **NOTICE OF APPEARANCE** |

Notice is hereby given that the undersigned will now also appear as attorney of record for

Jim Ashmore and Southern Hills Title Company in the above-captioned matter.

Dated this 9th day of April 2019.

/s/        *Kelsey E. B. Knoer*
Gregory H. Wheeler
Kelsey E. B. Knoer
BOYCE LAW FIRM, L.L.P.
300 S. Main Avenue
P.O. Box 5015
Sioux Falls, SD 57117-5015
(605) 336-2424
ghwheeler@boycelaw.com
keknoer@boycelaw.com

1