# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# WESTERN DIVISION

Jeffrey L. Viken United States Chief Judge Presiding

| | |
|---|---|
| Courtroom Deputy - KMH<br>Courtroom - RC #1 | Court Reporter – Sheri Not Help Him<br>Date – April 24, 2019 |

## 5:17-cv-5042-JLV

| | |
|---|---|
| HOLLI TELFORD,<br><br>Plaintiff,<br><br>vs.<br><br>RON A BRADEEN; BRADEEN REAL ESTATE; JEFF STORM;<br>JIM BULTSMA;<br>JIM ASHMORE; SOUTHERN HILLS TITLE COMPANY;<br>MORNINGSIDE PROPERTIES,<br><br>Defendant. | Not Present<br><br><br><br>Gregory J. Bernard<br><br>Gregory J. Erlandson<br>Gregory H. Wheeler<br><br>Michael L. Luce |

TIME HEARING SCHEDULED TO BEGIN:  3:00 PM

<u>TIME:</u>

3:00 PM  Enter Evidentiary Hearing before the Hon. Jeffrey L. Viken, Chief Judge, presiding.

Pro se plaintiff is not present.

The Court makes remarks regarding the purpose of the evidentiary hearing.

Sandra Thielen sworn in as witness on behalf of the Defendants and is examined by Mr. Bernard.

Tammy Ludeman sworn in as witness on behalf of the Defendants and is examined by Mr. Bernard.

Matthew Thelen sworn in as witness on behalf of the Defendants and is examined by Mr. Bernard.

Wendy Carlson sworn in as witness on behalf of the Defendants and is examined by Mr. Bernard.

Gregory J. Bernard makes closing remarks on behalf of the Defendants.

The Court takes the matter under advisement.

4:42 PM  Court adjourned.