# UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

Western Division

Holli Telford
V.
Ron A. Bradeen, et al.

**EXHIBIT LIST**

Case Number: 5:17-cv-5042-JLV

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Jeffrey L. Viken, United States Chief Judge | | G. Bernard/G. Wheeler/G. Erlandson/M. Luce |
| **TRIAL DATE (S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| April 24, 2019 | Sheri Not Help Him | KMH |

| PLF. NO. | DEF. NO. | COURT NO. | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 101 | | 4/24/19 | X | Plaintiff's Verified Sur-Reply to First American Title Ins. Co. Reply (Doc. 72) |
| | 102 | | 4/24/19 | X | 5:17-cv-5042-JLV Docket Sheet |
| | 103 | | 4/24/19 | X | Notice of Appeal (Doc. 134) |
| | 104 | | 4/24/19 | X | Notice of Electronic Filing Notice of Appeal (Doc. 134) |
| | 105 | | 4/24/19 | X | Clerk of Court Date Stamp |
| | 106 | | 4/24/19 | X | Original Stamped Notice of Appeal |
| | 107 | | 4/24/19 | X | Wendy Carlson Curriculum Vitae |
| | 108 | | 4/24/19 | X | Declaration of Holli Telford in Support of Verified Motion to Recall the Remand Order (Entry ID: 4760404) |
| | 109 | | 4/24/19 | X | Thielen email to Ludeman |

Page 1 of Click here to enter text.

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.