| | |
|---|---|
| **From:** | holli lundahl |
| **To:** | Gregory Buzzard |
| **Subject:** | Re: re evidentiary hearing conducted on 4-24-2019 in Bradeen case |
| **Date:** | Wednesday, May 8, 2019 11:49:59 AM |

Furthermore, I will be emailing all documents to any number of clerks who have not blocked my email account as proof of creating the document before the filing date; in spite of Tammy Ludeman's previous demands that I do not do so. . .to avoid any claim in the future that you did not receive a document before the required filing date.

On Wed, May 8, 2019 at 11:23 AM holli lundahl <hollilundahl@gmail.com> wrote:
> As you are aware I demanded criminal procedures be employed for the 4-24-2019 evidentiary hearing with respect to any improprieties regarding "the copy" of my original scanned notice of appeal I sent to the court after I learned that the clerks had conveniently lost my original notice of appeal submitted to them. I told you that I would not appear at the evidentiary hearing denying me the right to criminal procedures as I believed the proceeding to be a kangaroo court proceeding to avoid liabilities on the part of the defendants who committed multiple felony acts that Judge Viken covered up throughout the underlying proceeding.
>
> I just pulled up the pacer docket and saw that you held the hearing anyway. I want to know if that hearing was transcribed by a court reporter and want a copy of that transcript AS I INTEND ON OPPOSING THE PROCEDURES YOU EMPLOYED -- BEFORE THE 8TH CIRCUIT COURT OF APPEALS and will also be seeking the assistance of some ex US attorneys with respect to the way my appeal was handled in this case. I just drew down the minutes of that proceeding and a copy of the exhibit list. **Consider this a demand for copies of the full exhibits submitted to the court as well as a transcript of the proceedings to be sent to this email account forthwith-** so that I can assess the ongoing constitutional violations committed against me by Judge Viken and forward it to the aforesaid ex US attorneys with respect to the apparent efforts by your court to frame me for a filing crime --easily orchestrated because Judge Viken prohibited me from electronically filing which would have prevented you from framing me for any crime.
>
> **PLEASE COMPLY WITH THIS DEMAND IN THE NEXT 24 HOURS.**