**Gregory Buzzard**

| | |
|---|---|
| **From:** | hollie telford <hollietelford.1@gmail.com> |
| **Sent:** | Tuesday, May 21, 2019 7:31 PM |
| **To:** | Gregory Buzzard |
| **Subject:** | complaint about not being delivered hearing exhibits and transcript as promied by 5-8-2019 email |
| **Attachments:** | Gmail - re evidentiary hearing conducted on 4-24-2019 in Bradeen case.pdf |

First I want to complain about your office airing records for public display in a proceeding that should have been handled under criminal procedures and directed every at counsel and their client who engaged in multiple misprisions of felonies in this case. Also I attach your email to me on May 8, 2019 promising me copies of the hearing exhibits and the transcript. I have never received a copy of any of the exhibits that were allegedly presented at the hearing SENT TO MY EMAIL -- nor can I access a copy of the transcript CREATED OF THIS SHAM HEARING. IF YOU ARE SUGGESTING THAT I SHOULD HAVE TO PAY FOR THIS TRANSCRIPT THAT'S ABSURD SINCE IT WAS BASED ON THE MANUFACTURE OF EVIDENCE BY OFFICERS OF JUDGE VIKEN'S COURT. Again, I demand that a copy of this transcript and the evidence submitted at this sham hearing be produced to my email NOW!!!!

1