# UNITED STATES DISTRICT COURT SOUTH DAKOTA
## WESTERN DIVISION, RAPID CITY DIVISION

| | |
|---|---|
| Holli Telford )<br>    Plaintiff<br>    v.                        )<br>Ron A. Bradeen, Bradeen<br>Real Estate, Jeff Storm, Jim Bultsma<br>Jim Ashmore, Southern Hills Title  )<br>Company, Morningside Properties LLP;<br>Heartland Real Estate; Verylis R. Boyd, )<br>and Warner C. Boyd.<br>                             )<br>    Defendants | **CIV. 17-5042-JLV**<br><br>**NOTICE OF CHANGE OF ADDRESS TO PO BOX 9262, RAPID CITY, SD 57709** |

Comes now, Holli Telford to notice this Court to change her address to PO Box 9262, Rapid City, SD 57709.

Dated: May 21, 2019
                                            _____
                                            Holli Telford

### Certificate of Service

The Clerk of the court is directed to file foregoing document into the ECF filing system.

Box 9262
Rapid City, SD 57709

RAPID

CPU



U.S. POSTAGE
$0.55
FCML    0000
Orig: 57702
05/23/19
11113188

United States District Court
515 9th St. #302
Rapid City SD 57701

57701$2673

RECEIVED

MAY 24 2019

CLERK, US DISTRICT COURT
RAPID CITY, S. DAK.