UNITED STATES COURT OF APPEALS  
FOR THE EIGHTH CIRCUIT

No: 19-1037

Hollie Telford, personally and as assignee of the claims of Brenda Burton

Appellant

v.

Ron A. Bradeen, et al.

Appellees

_____

Appeal from U.S. District Court for the District of South Dakota - Rapid City  
(5:17-cv-05042-JLV)

_____

**ORDER**

The petition for rehearing by the panel is denied as overlength.

September 23, 2019

Order Entered at the Direction of the Court:  
Clerk, U.S. Court of Appeals, Eighth Circuit.  
_____  
/s/ Michael E. Gans